UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jonathan Escobar,<br><br>           Plaintiff,<br><br>v.<br><br>Westlake Services, LLC d/b/a Westlake Financial Services; Equifax Information Services, LLC; and Experian Services Corp.,<br><br>           Defendants. | Civil Action No.:<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT & JURY DEMAND

For this Complaint, Plaintiff, Jonathan Escobar, by and through undersigned counsel, state as follows:

## JURISDICTION

1. This action arises out of Defendants' violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. (the "FCRA").

2. The jurisdiction of this Court is conferred by 28 U.S.C. § 1367, in that this action arises under the FCRA.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

4. Plaintiff, Jonathan Escobar ("Plaintiff"), is an adult individual residing in Stamford, Connecticut, and is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

5. Defendant, Westlake Services, LLC d/b/a Westlake Financial Services ("Westlake"), is a business entity with a principal place of business in Los Angeles, California.

In addition to providing and servicing consumer loans, Westlake furnishes consumer information to credit reporting agencies.

6.  Defendant, Equifax Information Services, LLC, ("Equifax") is a Georgia corporation with an address of 1550 Peachtree Street Northwest, Atlanta, Georgia, operating as a consumer reporting agency as the term is defined by 15 U.S.C. § 1681(a)(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined by 15 U.S.C. § 1681(a)(d), to third parties.

7.  Defendant, Experian Information Solutions, Inc. ("Experian" and together with Westlake and Equifax, the "Defendants") is an Ohio corporation with an address of 475 Anton Blvd., Costa Mesa, California 92626, operating as a consumer reporting agency as the term is defined by 15 U.S.C. § 1681(a)(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined by 15 U.S.C. § 1681(a)(d), to third parties.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

8.  The Plaintiff incurred a financial obligation (the "Debt") to Westlake.

9.  On February 9, 2015, Plaintiff initiated a legal action in the United States District Court for the Southern District of New York, wherein the account is at issue.

10. Upon initiating this action, Westlake agreed not to place the account into collections until litigation was resolved.

11. Nevertheless, Westlake placed the account on Plaintiff's credit report marked as 'chargeoff.'

12. Plaintiff disputed the reporting of the Debt to Experian and Equifax by letters dated December 2, 2015.  Plaintiff disputed that Westlake had prematurely reported the Debt.

13. Plaintiff obtained his credit report again in February of 2016, and discovered that despite his dispute, Equifax and Experian continued to report the Debt with a past due balance and as undisputed.

14. Defendants did not maintain reasonable procedures to prevent the inaccurate appearance of the Debt in Plaintiff's file.

15. Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

16. As a direct consequence of Defendants' acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, fear, frustration and embarrassment.

## COUNT I
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681, *et seq*.

17. Plaintiff incorporates by references all of the above paragraphs of this Complaint as though fully stated herein.

18. In the entire course of their actions, Defendants willfully and/or negligently violated multiple provisions of the FCRA in one or more of the following respects:

19. Equifax and Experian violated 15 U.S.C. § 1681e(b) by failing to implement and/or follow "reasonable procedures to assure maximum possible accuracy" of the information they publish in consumer credit reports.

20. Westlake violated 15 U.S.C. § 1681s-2(b) by failing to modify, delete, or permanently block the reporting of inaccurate, incomplete or unverifiable information.

21. Defendants' conduct, actions and inactions were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, Defendants' conduct was negligent, entitling Plaintiff to recover damages under 15 U.S.C. § 1681o.

22. Defendants are liable for actual damages pursuant to 15 U.S.C. § 1681n and/or §1681o.

23. Plaintiff is entitled to recover costs and attorney's fees from Defendants in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that judgment be entered against Defendant as follows:

1. Statutory and actual damages pursuant to 15 U.S.C. § 1681;

2. Attorneys fees and costs pursuant to 15 U.S.C. § 1681;

3. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: June 14, 2016

Respectfully submitted,

By: /s/ Sergei Lemberg, Esq.
Attorney for Plaintiff
LEMBERG LAW L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:   (888) 953-6237
Email: slemberg@lemberglaw.com