UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jonathan Escobar,<br><br>          Plaintiff,<br><br>v.<br><br>Westlake Services, LLC d/b/a Westlake Financial Services; Equifax Information Services, LLC; and Experian Services Corp.,<br><br>          Defendants. | Civil Action No.: 3:16-cv-00930-CSH |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Jonathan Escobar, and Defendants, Westlake Services, LLC d/b/a Westlake Financial Services and Equifax Information Services, LLC, have reached a settlement. Plaintiff anticipates filing a voluntary dismissal of this action as to Westlake Services, LLC d/b/a Westlake Financial Services and Equifax Information Services, LLC, with prejudice, pursuant to FED. R. CIV. P. 41(a) within 60 days. This notice is not intended to affect Plaintiff's claims against the remaining Defendant, Experian Services Corp.

Dated November 7, 2016

                                            Respectfully submitted,

                                            PLAINTIFF, Jonathan Escobar

                                            */s/ Sergei Lemberg, Esq.*

**Attorney for Plaintiff**
**LEMBERG LAW, LLC**
**43 Danbury Road, 3rd Floor**
**Wilton, CT 06897**
**Telephone: (203) 653-2250**
**Facsimile:  (203) 653-3424**
**Email: slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg, Esq.