**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Jonathan Escobar, | : |
| | : |
| **Plaintiff,** | : |
| **v.** | : |
| | : |
| Westlake Services, LLC d/b/a Westlake | : **Civil Action No.: 3:16-cv-00930-CSH** |
| Financial Services; Equifax Information | : |
| Services, LLC; and Experian Services | : |
| Corp., | : |
| | : |
| **Defendants.** | : |
| | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Jonathan Escobar, and Defendant, Experian Services Corp., have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action as to Experian Services Corp., with prejudice, pursuant to FED. R. CIV. P. 41(a) within 60 days.

**Dated December 12, 2016**

Respectfully submitted,

PLAINTIFF, Jonathan Escobar

*/s/ Sergei Lemberg, Esq.*
**Attorney for Plaintiff**
**LEMBERG LAW, LLC**
**43 Danbury Road, 3rd Floor**
**Wilton, CT 06897**
**Telephone: (203) 653-2250**
**Facsimile:  (203) 653-3424**
**Email: slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

_/s/ Sergei Lemberg_

**Sergei Lemberg, Esq.**