UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

Jonathan Escobar,

           Plaintiff,

   v.

Westlake Services, LLC d/b/a Westlake Financial Services; Equifax Information Services, LLC; and Experian Services Corp.,

           Defendants.
_____

Civil Action No.: 3:16-cv-00930-CSH

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the Complaint in this action and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Jonathan Escobar | Equifax Information Services, LLC |
|---|---|
| */s/ Sergei Lemberg*<br>**Sergei Lemberg, Esq.**<br>**LEMBERG LAW, LLC**<br>**43 Danbury Road, 3rd Floor**<br>**Wilton, CT 06897**<br>**Telephone: (203) 653-2250**<br>**Facsimile: (203) 653-3424**<br>**Email: slemberg@lemberglaw.com**<br>**Attorney for Plaintiff** | */s/ Eric D. Daniels*<br>**Eric D. Daniels, Esq.**<br>**ROBINSON & COLE LLP**<br>**290 Trumbull Street**<br>**Hartford, CT 06103-3597**<br>**Telephone: (860) 275-8200**<br>**Facsimile: (860) 275-8299**<br>**Email: edaniels@rc.com**<br>**Attorney for Defendant** |

**Experian Services Corp.**

*/s/ R. Harrison Golden*
**R. Harrison Golden, Esq.**
**JONES DAY**
**250 Vesey Street**
**New York, NY 10281**
**Telephone: (212) 326-3727**
**Facsimile: (212) 755-7306**
**Email: hgolden@jonesday.com**
**Attorney for Defendant**

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system. In addition, I certify that on February 15, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was sent via first-class mail, postage pre-paid, to the party listed below:

Westlake Services, LLC d/b/a Westlake Financial Services
 4751 Wilshire Boulevard #100
Los Angeles, CA 90010

                                          */s/ Sergei Lemberg*
                                          Sergei Lemberg, Esq.